IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRYAN K. CASTLEMAN,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0132

_____/

Opinion filed February 25, 2015.

An appeal from an order of the Circuit Court for Bay County.
James B. Fensom, Judge.

Bryan K. Castleman, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, ROWE, and MAKAR, JJ., CONCUR.